# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronald Williams | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff | ) | CV 07-6-PHX-MHM |
| | ) | |
| v. | ) | |
| | ) | |
| Richard Penn | ) | |
| | ) | |
| Defendant | ) | |

___    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X     Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 21, 2010, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

June 21, 2010

RICHARD H. WEARE
District Court Executive/Clerk

 s/Tammy Johnson
By: Deputy Clerk